UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:  
    Raymond A. Sjogren

Debtor

CHAPTER 7  
BANKRUPTCY NO. 14-52884-grs

## ORDER TERMINATING STAY

Motion to Terminate Automatic Stay having been filed, and the Court finding that the movant has a valid security interest in the collateral described in its Motion, the 2011 Ducati Diavel VIN: ZDM13BLW8BB002839, and that cause exists to terminate the §362 automatic stay, after due notice and hearing, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the stay afforded by 11 U.S.C. §362 be, and hereby is terminated to permit FreedomRoad Financial to enforce its security interest in the collateral described above and the automatic stay is further terminated to allow the Creditor to send to the Debtor(s) protected by the stay, any and all notices required by state and.or federal law, regulation or statute.

The Trustee's rights being hereby barred, that any surplus proceeds dervied from the sale of the referenced property shall be paid to the Trustee.

The trustee will have 14 days from the conclusion of the Meeting of Creditors to object to abandonment of the property of the estate that is the subject of the motion. If no objection or motion for extension of time is filed prior to the expiration of this 14 day period, then the property will be deemed abandoned on the 15th day following the conclusion of the Meeting of Creditors, subject to FRBP 9006(a)(1).

This Order tendered by:
**MAPOTHER & MAPOTHER, P.S.C.**

By:  / s/ Nathan Kohler
     Nathan Kohler (#94789)
     Counsel for Creditor
     815 W. Market Street, Suite 500
     Louisville KY 40202-2654
     (502) 638-4961
     loubknotices@mapother-atty.com

**DISTRIBUTION SHEET**

cc:

Debtor

Raymond A. Sjogren
2521 Sungale Court
Lexington, KY  40513

Counsel for Debtor

Laura Kincheloe
Attorney at Law
Attorney at Law
836 Euclid Ave., Ste. 316
Lexington, KY  40502

Counsel for Creditor

Nathan Kohler
Mapother & Mapother, P.S.C.
815 W. Market Street, Suite 500
Louisville, KY 40202-2654

Trustee

Phaedra Spradlin
6301 Old Richmond Road
Lexington, KY 40515

U.S. Trustee
100 East Vine Street
Lexington, KY  40507

B7KE_0014A/15-10562

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, April 06, 2015**
(grs)